Commonwealth *v.* Croyden, Appellant.

Before BLOOM, J.

Submitted June 18, 1974. *Jon J. Auritt,* and *Schoreder, Jenkins & Raymond,* for appellant; *John G. Siegle,* Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Garfield, Appellant.

Before ROSENWALD, J.

Submitted March 28, 1974. *Robert J. Glickman,* and *Glickman & Dranoff,* and *Kates, Livesey & Edelstein,* for appellant; *Judith Dean, David Richman,* and *Steven Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.